IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| § | CASE NO. 6:15-CR-0005-RC |
| v. § | |
| § | |
| § | |
| JEFFREY LANGDON ARMSTRONG, a/k/a § | |
| JEFFREY ARMSTRONG § | |

**ORDER ADOPTING THE MAGISTRATE JUDGE'S**
**REPORT AND RECOMMENDATION**

The court referred a petition alleging violations of supervised release conditions to the Honorable K. Nicole Mitchell, United States Magistrate Judge, at Tyler, Texas, for consideration pursuant to applicable laws and orders of this court. The court has received and considered the Report of the United States Magistrate Judge filed pursuant to such order, along with the record, pleadings and all available evidence.

At the close of the revocation hearing, U.S. Magistrate Judge K. Nicole Mitchell recommended:

1. that the Court find that Defendant violated a mandatory condition of release as alleged in the first allegation in the First Amended Petition;

2. that Defendant's supervised release should be revoked pursuant to 18 U.S.C. § 3583; and

3. that Defendant should be sentenced to a term of 18 months of imprisonment consecutive to any other term of imprisonment, with no supervised release to follow.

Neither party has filed objections to Judge Mitchell's Report and Recommendation. Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct and the report of the magistrate judge is **ADOPTED**. It is therefore

**ORDERED** and **ADJUDGED** that the petition is **GRANTED** and Jeffrey Langdon Armstrong's supervised release is **REVOKED**.

Judgment and commitment will be entered separately, in accordance with the magistrate judge's recommendations.

So **ORDERED** and **SIGNED** this **14** day of **May, 2017.**

_____
Ron Clark, United States District Judge